**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No.: PJM-10-0637** |
| **AMRIK MELHI** | * | |
| Defendant | * | |

\* * * * * * * * * * * * *

**<u>DEFENDANT'S MOTION TO SEVER DEFENDANTS</u>**

The Defendant, Amrik Singh Melhi, through undersigned counsel, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(D), hereby moves for severance of the trial from co-defendants Richard Delabrer, Ravinder Kaur Melhi, Amir Milijkovic, Chong Chin Kim, Chun Chen, and Jose Moreno in the above-captioned case.

        Respectfully submitted,

        /s/
        _____
        Kenneth W. Ravenell
        Milin Chun
        The Murphy Firm
        One South Street, 23rd Floor
        Baltimore, Maryland 21202
        Phone: 410-539-6500
        ***Attorneys for Amrik Melhi***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2010, a copy of the foregoing Motion to Sever was served on all parties and their counsel via ECF.

/s/
_____
Kenneth W. Ravenell

{695-001 / MC0887.DOC}