**murphy** PA

MURPHY FALCON KUYKENDALL RAVENELL MURPHY

December 6, 2011

Honorable Peter J. Messitte
United States District Court
101 W. Lombard Street
Room 5D
Baltimore, MD 21201

    Re:    Notification of Defendant's Witnesses at Sentencing
             *United States vs. Amrik Singh Melhi*
             Docket No.: PJM-10-0637

Dear Judge Messitte:

    While numerous character letters will be submitted on Mr. Melhi's behalf for this Court's review prior to the sentencing hearing scheduled for Tuesday, December 20, 2011, we now write to advise the Court that although each individual who submits a letter is willing to testify on Mr. Melhi's behalf, in order to save the Court's time, Mr. Melhi intends to have only the following individuals testify as character witnesses:

        1. Saymendy Lloyd
        2. Eric Best
        3. Paul Watson
        4. Phillip McNeal
        5. Supreet Melhi

    With the testimony of the aforementioned individuals, the defense anticipates the sentencing hearing to last approximately 1.5 hours. Please advise if you have any questions or concerns.

                                  Very truly yours,

                                  /s/

                                Kenneth W. Ravenell

KWR/mc